P1OF2

Case #1-22-CV-0077
PKC-LB
58-22

Elizabeth Grant

Please
See
USB and CD

Elizabeth
GA

To show

Grace Grants
Illegal hold
and
ASPCA Destroying
b) the house

c) Rakes hoes Brooms
mops on floor were used
to hit animals

D) and cover with Flashlight
to hit animals and
poisnet church food grants animals

P2 OF 24   5-8-22
Case #1-22 CV
00775 PKC
LB

Court Lawsuit
Includes

1) Adult Protective Services
2) Miriam Castro
3) Mermin Moortubam
4) Georgiana Anderson

5) Elmhurst Hospital
6) Joy Kim
7) Karina Loayza

8) Edmond Grant
9) Meera Mirza
10) Muruf Mirza

11) ASPCA
12) Nicoletta Lafferri
13) Daniel Lewis (Judge)
14) Judge Zaro
15) Judge Siegel
16) 115 precinct NYPD
17) William Torres

18) Kimberly Kramer
19) Anna Hock
10) New York Foundation for Senior Citizens

21) Guardianship Court
22) Queens Criminal Court

P3 OF 27
Case # 1-22-CV
00775 -PKC
LB

Amend the complaint
Things I would
ask of this lawsuit

1) Removal of Grace Gunt from an illegal
Guardianship and Nursing home held against
her will as a competitent person who can
take care of herself

2) June 8 court Date in Guardianship court
Grace Gunt should be returned home
Where legally she belongs with her daughter
who loved her.

3) I would ask the court to understand ASPCA
Kill shelter has committed illegal seizures
Elizabeth Gunt should not be responsible
through false charges on and all false
charges should be removed from Arrests
4/20/26, 8/28/18, 11/20/21 and 12/22/22

4) I will ask the court to look at the false
arrest of a chief Monique Berry Lyn she
was pushed where she went injured through 2 USB
to help remove these charges

5) Any order concerning animals should be removed
Elizabeth and Grace Grunt spent all their money
on animals and they should not be deprived
of the love of animals when the house stored
tons of food and the pictures (all) showed healthy
chubby well cared for animals

6) A compensation of Damages should be
given for character assassination

p4
5-8-22   p4 of 27

Case # 1-22 cv - 00775

Amend the Complaint PKC-LB

This motion is asking the Court to Amend the complaint and reinstate the viability of the lawsuit and hold people accountable for there illegal actions concerning all agencies and people

Since 2015 Grace And Elizabeth Grant were harassed by adult Protective at the Institution of false Reports from Edmond Grant and Meera and Maruf Mirza. There has been no facts proof or validity to their false reports Just Eager opportunists looking to steal Grace Grants pets and Grace Grant herself and destroy her house

ED Grant and Meera and Maruf Mirza have been pushing for a house sale and making up stories to get all sorts of trouble started to get Grace Grant and Elizabeth Grant out of the house This is extreme harassment and they should be accountable for the reports to 311 police ASPCA Audult tective which are all Lies

5-8-22

Case 1-22 CV 00775-PKCE-LB
Anna Hock Adult Protective hospital Lawyer
is covering for the fraud and corruption
of Adult Protective Creating False cases
from the air they never investigate.
Anna Hock lawyer was forcing Grace
Grant to stay in the hospital on an
illegal hospital hold When Grace Grant
easily could Leave against Medical
Advice Form (AMA) There was no
reason to force healthy Grace Grant to
stay in the hospital and force Grace Grant
in a nursing home Guardianships can't
force someone to stay places against
there will Especially Since the court
hasn't allowed Grace Grant to speak
and Show her capacity which should have
been the first court date and then
end Grace Grant suffering and either
Go home. So Anna Hock illegally is
enhancing and creating the medical
billing fraud of Jamaica hospital
and Bow Rivers Park Nursing Home.
Kimberly Kevins is also paid
off by Adult Protective through HRA
to cover for the fraud and corruption
of False reports they don't want to
investigate Knowing they are not true

5-8-22 p6 of 68

Case# 1:22 CV -00775 PKC-LB

False reports give Adult Protective a
Client by Default and Elmhurst hospital
been used as a prison or holding cell
on a incapacitated person is completely
illegal!

Ronna Louyza is a complete
manipulator to the Criminal action
of the medical billing fraud of Elmhurst
Elmhurst hospital. She stopped Elizabeth
Grant visiting Grace Grant as
a further torture for Grace Grants
hostage Kidnapping Illegal hospital
hold, illegal guardianship of a Copacity
ated person and illegal hursing care hold
providing Medical Billing fraud.
Judge Berniece Siegel because
she been the Biggest problem in the all the
illegal things everyone is doing
Medical Billing fraud Should never
be done on this level because Grace
Grant was and is healthy so she
can go home and be released LEGALLY
Judge Berniece Siegel has been
authorizing an illegal hospital hold.
And an illegal Guardianship on a
CAPACITATED PERSON! Judge Berniece

5-3-22 page 22

Case # 1-22-CV-00775-PKC-LB
Illegal force Grace Grant into a Nursing
Home when a capacitated person
Legally cannot be forced into a
Nursing Home. LEGALLY CAPACITATED
Grace Grant can be released to her
home Grace Grant is a citizen and worked
30 years as a tax paying credit manager
and Grace Grants abduction on November
26, 2021 by Adult Protective illegally
dragging Grace Grant out of her
house against her will is abuse on an
elder and an overstepping of bounds
on Adult Protective not abiding
by the fourth amendment right to
privacy and property and using the
police to misuse their power and
drag Grace Grant out of the house
and hence criminal action Why and
how could Grace Grant be dragged out
of her own house in handcuffs
        So I would like to add the NYPD
115th for falsely dragging Grace Grant
out of the house against her will in
handcuffs and breaking in when Grace
and Elizabeth Grant are sleeping
doing nothing wrong illegal and the 115th
for being involved in every illegal

5-3-22  PAGE 2
27

Case # 1-22-CV-00775 PKCLB

Search and seizure never abiding
by Grace and Elizabeth Grants rights
to privey and property. The ASPCA
Never ever Belonged in the house
misusing the NYPDS, power on
non criminal Issues
    The ASPCA are the criminals
they went into a home with no
Emergency and No probable Cause
and destroyed the house to try to
prove that Stealing animals was
necessary when it wasn't, pictures Show
animls ASPCA poisoned, they also Used
rakes hoes Broom and mops to hit the
animls in the house and bloodyed a Dogs
mouth during the Seizure and killed the
cat. ASPCA have no right entering the
house Illegaly ever, they bribe ADA
Nicolette Cuffer by putting her on their
payroll and ADA Cuffer@ convicts
innocent people like Elizabeth Grant
with o evidence with Judges Zero
not conducting a trial legally
    Judge Zero did not allow
Elizabeth Grant to have a defendant
veternerian so the trial was never
done appropriately. Also No animals

5-8-22     PAGE 9 (9 of 68)

Case# 1-22-CV-00775-PKC-LB
are suppose to be taken before a
trial. Impoundment in place would
need to be done, Animals as evidence
are tampered with and destroyed so
a conviction on photoshopped pictures
should be illegal. Animals cannot
be taken in advance because a person
is innocent till proven guilty so
the animals would have to kept
and untill after proof and a real
trial — after the trial upon proof of
a veterinarian currently looking at the
animals not photoshopped pictures —
then if a person was proven guilty —
after a trial ONLY would animals be
taken. So Judge Zaro Bigsly did a
one sided trial, only hearing the ASPCA's
veterinarian and going by what he said
Obvously Judge Zaro has worked with
ASPCA to railroad innocent people
Grace And Elizabeth Grant
        I really want this court to straighten
out Grace Grant's false incarceration.
Grace Grant has been capacitated and
this has been ignored by the Court.
I sent videos and USBs to the
Guardianship court which were

5-8-22

PROOF

Case # 1-22 CV-0077J-PKC LB

Ignored by the court and Judge Sieyal

has tortured Grace Grant

The minute I put in for a petition

of Guardianship which I was advised by

my lawyers but the Judge immediately

placed an order of protection on me and

a restraining order favoring the opposition

This was my hearing and petition for my

mother who to have had a good relationship

with my whole life and is on video

asking for me to be the guardian Grace Grant

has always been of sound mind and

takes care of herself. Obviously Judge

Sieyal had favored big business of corrupt

fraud Adult Protective and Elmhurst hosp-

ital fraudulently holding Grace Grant against

her will. The concept of immediately putting

a guardianship and an order of protection

on when Grace Grant is capacitated but

has not been allowed to speak on purpose

because when she speaks the case ends

because the thieves can't steal Grace

Grants assets. Grace Grant said on video

she did not need an order of protection

because she was never abused by

Elizabeth Grant. Since Judge Bernece

Sieyal only wanted ED Grant to visit which

show Judge Sieyal Bias and conflict

side in with Adult Protective and Elmhurst Hospital fraud? Well Judge Siegel Does these Guardianships and in Grace Gratis case she is a capacitated person so Article 81 does not apply here and Judge Siegel Should have never put her in a Guardianship to begin with that was illegal, Judge Siegel Should not have condoned and illegal hospital hold and how since the Guardianship on a capacitated person is illegal then definitely sending Grace Grant to Assisted Living is illegal also.

Grace Grant has constitutional rights Fourth Amendment right to Privacy and Property that means her animals cannot be stolen or taken illegally nor legally can Grace Grant be dragged out of her house and not allowed to go home This is all illegal because there is no law or right to forcing a capacitated person into a Guardianship to steal their assets and RAILROAD them to a nursing home. because this is a criminal action in reality and should not be acceptable Court fraud!

I want Grace Grant returned because Judge Siegel only shown to have conflict of

PR of
27

home asap.

I would like to stress all charges concerning animals should be removed from Elizabeth Grot - all animal charges as we have stated were never seen legally they were fictitious conviction or photoshopped pictures because no real animal was present for a current a veterinarian visit and the defense Elizabeth Grot never got a veterinarian/vet to see the animals no one ever saw them again. There was no evidence of abuse or neglect. Animals are taken after a trial not before.

Grace Grot has been abducted illegally just like the animals but I would like her returned asap because her abduction could cause health issue or cause her to die. Grace Grot was taken as a healthy person access only and she should be returned immediately. People aren't abducting 10/2022. The house is safe her daughter is safe, but she is in jeopardy in a hospital as a healthy person and drugs one as a healthy person so Grace Grot has a legal right as a healthy abducted person to condone against Judge Seybert

Case# 1-22-CV-00775-PKC-LB (13 OF 22)
(Comparison Judge Siegel and Judge Zaro) (13 OF 22)
Bias

Conflict of Interest Being as unduly harsh as Judge Zaro when convicted with to proof of animal abuse at all purposely denying me a defendant rehearing and this means the trial was never judiciously done fairly but corruption and fraud in the court leads to False convictions and cases done against the defendant totally not following the laws and court requirements to fairly present the defendant and in reality the defendant is not being Defended at all — the court is against you biasly with Judges like Judge Zaro and Siegel and it is impossible to win but in reality if they want to keep their jobs they have to start treating their court victims correctly. Judge Siegel instead of seeing that Grace Grant had already been victimized forced to stay in a hospital against her will, health jeopardizing her health illegally producing medical bill, fraud and abusing Grace Grant's Constitutional right to freedom. Why would Judge Siegel not allow Grace Grant to speak and automatically

※ Cons the

5-2-22

PAGE #14

Case 1-22-CV 00775 PKCLB

Judge Siegel illegal court issues - Bias
- conflict of interest
+ Unduly harsh
+ misuse of power

✱ Illegally holding Grace Grant in a Guardianship where she is Copacetated and no Guardianship legally should be forced on incapacitated person according to article 81 the standards for ru guardianship which is only put on an incapacitated person After a trial not Before. Running the Comparison of Judge Siegel doing this illegal action allowing a visuous illegal abduction of her life with all her civil Liberties taken illegally. Grace Grant is a citizen and always paid taxes and has no problem with the law and she must be returned home Immediately!

An imals have been illegally taken by ASPCAs breakins and the dback the same - Grace Grant cant be rai roaded to a nursing home Before she gets to speak and she Cant be denied to speak videos were submitted to the court of Grace Grants capacity and was ignored

The smilie is the fact animals legally shouldnt be taken till after a trial not before tampering and destroying evidence.

5-8-22   Page 15 of 27

Case # 1-22-CV-00775
PKC-LB

I would ask the court to aid in
the Release of Grace Grant from an illegal
Guardianship and an illegal hospital hold
against her will Grace Grant's Constitutional
Right to freedom and to Live wherever
she wants has been violated in the
Guardianship court violation. Article
81 statute which only an incapacitated
person After a hearing can be forced a
guardianship Judge Siegel Before
the hearing with no emergency —
instead of helping Grace Grant be
removed from an illegal hospital
hold against her will Judge Siegel
condoned the medical Billing Fraud of
incarcerating healthy Grace Grant
against her will and this is illegal
and a violation of Grace Grant
Elder American Act Rights also!
    Legally Grace Grant can go home to
her house / or wherever she chooses to
Live! Please fight for Grace Grant's Freedom
and her release on June 2 from court!
    Please help fight against False
charges on Elizabeth Grant and help remove
old charges which were falsely put on

5-8-22

PKC-

Case# 1-22-cv-0075- LB

Elizabeth Gant with no validity, The
house has been broken into 11/26/21
and 12/22/21 and no warrant or affidavit
was made up and Elizabeth Gant was
innocently sleeping in her legal apartment.
Animals legally Can't be stolen off Grace
Gant's property Legally Physically Grace
Gant Cant be stolen off known
property Either against her will
Elizabeth Gant is willing to
provide pictures of all the illegal
things the ASPCA Did to the court
The history is false accusations of
absolutely In REALITY no Abuse or
neglet of animals, Animals look
healthy In pictures and the house is full
with tons of water food, Beds, Shampoos,
medicines, dry and moist food and people
food and treats For pets. I would ask
that Elizabeth Gant's Charge be removed
from all accusations January 28, 2016,
August 28, 2018, November 26, 2021 and
December 22, 2021 Also Elizabeth Gant
never hurt an animal So She should be
able to be with animals as the court
Should recognize the FALSE Accusation
of Abuse and neglet wasn't proven

5822
Case 1:22 cv -007 75 PKC-LB

✶ This lawsuit Must
look at VIDEOS of
Grace Grats Cupreuptation
VIDEOS and pictures of
how ASPCA destroyed the
house

How Ill treated Grace
Grat is
How pets were poisoned and
Elizabeth Grat Found Rakes Mops
hoes and brooms on the Floor
that the ASPCA Kill shelter
had putty in pot with
and a cover with a
Floshlight only ASPCA would have
the pets with with

Also Chury Food only the
ASPCA would have as food was
poisoned and fed to pets to catch in the
house.

Please look at Footage
It is EVIDENCE A) CD
                 B) USB

P 18 of 20

§822

Case # 1-22-cv-0775
PKC-LB

The Lawsuit must push for removal of Grace Gant in an illegal Nursing home held for an illegal Guardianship on a appointed person when Article 81 does not okay Guardianships on capacitated people who can say they want to go home and legally just go home I also want to point out Judge Siegel stopped Grace Gant's Bank account and put her in credit risk Because Legal guardians took her money, they did not pay the Bills with the money and ruined her credit and that Grace Grace Gant is capacitated and that means Grace Gant goes home Judge Siegel has aided and abetted the illegal hold of Grace Gant being illegally drugged out of her house by Adult Protective in a non criminal action. So Grace Gant should never have been brought to the hospital against her will. Healthy, jeopardizing her health in the first place Grace Gant passed her Physical and mental exams Elizabeth Gant was next to her for days and saw this but the hospital illegally refused to release Grace Gant Instead of Judge Siegel worthy to go home in peace Judge Siegel off Grace Gant to suffer more

PG 9 of 27 Case #: 1-22-CV
OT75 PKC-LB
5-8-22

A lone writing an order of protection to make things worse for Grace Grant Viciously taking her daughter away from her. This meant Grace Grant would also be denied her sandwiches 2 a day Elizabeth was bringing and her cakes and cookies which were Grace Grants favorite also Grace Grant was losing her newspapers and books with no visitors to bring them to her. This is extreme cruelty for Grace Grant to lose her favorite person who she can hear and that has a familiar voice and lose her food, newspapers and books. Already I new created person lives for visits and phonecalls, they are lost without them and Judge Siegel has taken Grace Grants visits and phonecalls and food and newspapers and Books away. This cruelty is totally unacceptable and I would ask that the court acknowledge though also looking at the videos I provided that Grace Grant is truly capacitated and has every Right to go home and not be told she can't go home! Please Grace Grant needs to go home Latest June 3 Court Date her sine

5-8-22                      page 20 of 27

CASE #1-22cV-0775
PKC-LB

pain and suffering animals Stolen and killed.
house been Destroyed by ASPCA refrigerator
Doors windows locks dressers lamps
broken, computers, waterford crystal, jewelry
money, animal crates, cages carriers
bowls, holders toys Stolen from 25-44
82nd + East Elmhurst NY 11370. No Excuses
for ASPCA destruction thievery, injury animals
pictures of moths Bloodned and cats Dead
in Boxes they killed and poisoned ASPCA
had poisoned food chunks for pets, rakes
hoes Brooms mops out as for they were
hitting animals to catch them as well as
Cornered with flashlights to hit them This
Is abuse!

7)   I would need a fair compensation from
Everyone including neighbor William Torres
who Broke the Glass Door Because Meera
Mirza wanted to See in the Mirza's
trespassing when mom went to church and
on 11/26/21 - 11/28/21 Afreed caught
Meera Entering the house on camera and
she took a shovel of ours among other things

8)   ASPCA took the middle Door and threw
it on the tree. ASPCA threw Elizabeth
and Grace Contes clothes all over the porch
and their mail which is a federal crime

P21 of 68

5-8-22   Case#122cv-00775
PKCLB   p120

9) ED Grant and Meera and Manuf Mirus
filed reports to police and Adult Protective
Caused immense pain and suffering
for all the pets stolen working with ASPCA
kill shelter and most if not all being killed
These false reports led to $ arrest of
Elizabeth Grant a person with 2 masters
and a lifelong caregiver of people
and animals very Lovingly.

10) I would ask the court to compensate
for damages also of the police. No one's
should have been breaking in with no
warrant or Affidavit of Service Aiding
and Abetting ASPCA kill shelter
crimes and falsely arresting Elizabeth
Grant and illegally dragging Grace
Grant out in handcuffs illegally

11) Each person and organization Intricately
destroyed Grace Grant, Elizabeth Grant
Walter Grant who died a month Into the first
Seizure 2/28/16 and all the pets that
were traumatized and illegally stolen and
destroyed by ASPCA Kill shelter

Case # 1-22 CV-00 775
PKC LB

5-8-22

12) I would ask compensation from all parties to be responsible for paying 350,000 for all damages Nicoletta Caffari kept the arrests continually going with no evidence. Judge Zarro convicted with no proof and there shouldn't have been a conviction cbecause pets should have been taken after the final or not before and with no defense yet the case wasn't REAL

13) The court also will see the chief wasn't injured on video so the Felony is fake and should be removed immediately

14) For all this heartache Causing me a stress and trauma Disorder and my mom to be held illegally for 1 months, gram on 8 months this for a 32 yearold is unacceptable and she must be one lay Fine & Court date

15) I would ask all involved in the lawsuit pay 350,000 to Grace and Elizabeth can't buck or whatever the Judge feels is reasonable and also will torres can just pay 3,500 for the Poor he broke

5/8/22 Case#1-22-cv-00775
PKC-LB

Judy Siegel must release Grace Grant and because of it on June 8 as a capacitated person she does not belong in a guardianship at all and especially not a nursing home. Want to own her house at 25-44 82nd st East Elmhurst NY 11370.

New York Foundation For senior citizens must come off as Guardians And any financial hold on Grace Grant must come off because Grace Grant can take care of herself.

When I contacted Margurite Grays Concerning the illegalness of the guardianship she did not want to help. Here Grace Grant is not incapacitated forced in a guardianship stealing her assets railroaded to a nursing home and Judge Grays Doesn't want to get involved. That's really a sign this court has no judicial ethics so I would like to sue Guardianship court for allowing Judge Siegel to put False charges on Robert Grant for an unecessary order of protection and allowing Grace Grant illegal guardianship as a capacitate person.
Also I would like to sue Queen Criminal court for

5-8-22 pg 24 of 27

allowing these Bogus criminal cases
to go on with no evidence or proof or
malice. The Queens criminal court
aids and abets ASPCA Kill shelter to
steal and kill animals, falsely accuse
people, ASPCA destroys their house and
frames the owner and this is all
condoned and conspired with the Queens
criminal court

Victim   Elizabeth Grant

Victim   Bruce Grant
         5901 Palisade Ave
         Bronx NY 1047

Grant   should immediately
is      be able to go home
        to their honest owns
capricated     25-44 32 St
and     East Elmhurst NY
hardly and     11370
shame use
able to      Elizabeth Grant
go home      25-44 32 St
Immediately      East Elmhurst NY 11370
ly      917-202-6351
         Grants662@gmail.
         com

The Reality of the Cases are

- No Legitimate Warrant or Affidavit of service
- No Probable Cause
- No Emergency
- Illegal Entry Illegal picture Illegal evidence
- Illegal Theft of Animals and Belongings of Grace and Elizabeth Grant
- Illegally Breaking property and stealing Property from 25-44, 82nd St East Elmhurst Elmhurst NY 11370 for Illegal Entry.
- False accusations
- False Charges
- Falsely Dragging Grace Grant out in a noncriminal action and not letting her ever return home Dragged in handcuffs

of the house

- Falsely Dragging Elizabeth Grant out in a non criminal action sleeping in her legal apartment doing nothing wrong and nothing Illegal at all
- Fourth Amendment Rights to Privacy and Property Violated over and over
- Freedom rights as a citizen of this country Violated concerning Grace Grant
- Elder American Aut Rights Violated concerning Grace Grant

No Reason to steal Animals

Animals are Grace Grants from 2016 Elizabeth Grants

- Raids stole and broke property ASPA kill stett gives for
- Please remove all charges toward old if possible
- Also the false charge of Relyn probation officer is proof. she was never injured by Pinkston court by her running and skipping and laughing and prancing and climbing stairs on body camera footage all dog uninjured
- Please remove most recent 11/26/21 charges and 12/22/22 charges and please look into the removal of 10ther false charges 4/26/16 and 8/28/18 also because no officer was ever injured and that can be seen on body camera footage and no animal was ever injured either or neglected at all always —openwindows there was air fans, air conditioners. air purifiers fans of people food and dry and moist food and not a scratch on any animal. Animals were running from ASPA hiding under beds and furniture unfinished ASPCA Broke injured animals and further destroyed property illegally there they had no right to be at 2544 82 west east Enlhust NY 11373 and fed
- Animals were well Loved and cared for always

In resent ASPCA police Rey are responsible for Damages - pain and suffering you can see Rey bloodred the Dogs mouth

Killed the cat and put it in a box False allegations in the internet and median feed punishment by Queens DA by cheating Court Fraud and corruption lobbery in cahoots with ASPCA Kill shelter and profiting from them

ADA Cafferty is paid by ASPCA Kill shelter to falsely convict

Judges are paid to falsely convict with no evidence

Character assassination Destroyed my Life, my health and my career Iwent to school to get Associate Bacheler and 2 masters to have my Life Destroyed by ASPCA Kill shelter and NY PD Breaking in and Robbing and Breaking property Now You

Fines il ouve alot of money to They owe alot of money for phy Greef and Emotional Graef for ph and Emotional Damages

Empire BlueCross BlueShield
P.O. Box 105148
Atlanta, GA 30348

**Empire**
BLUE CROSS   BLUE SHIELD
An Anthem Company

*Don't worry, this is not a bill.*

## Medical and Hospital
### Explanation of Benefits (EOB)
from 04/01/2022 through 04/30/2022

**Hi, Grace!**
Here's your Medicare Advantage
Monthly Report.

43

GRACE E MITCHELL GRA
2544 82ND ST
EAST ELMHURST NY 11370

For: **Grace E Mitchell Gra**
Member ID: **88953857**
Plan: Empire MediBlue Plus (HMO)

## Helpful resources

**Call us!**
We're here to help you.
Just give us a call at **1-800-499-9554**, TTY:
**711**, 8 a.m. to 8 p.m., seven days a week
(except Thanksgiving and Christmas) from
October 1 through March 31, and Monday to
Friday (except holidays) from April 1 through
September 30.



**Or go online**
Visit **www.empireblue.com** for even more
information:
- See new claims and claims history.
- Search for doctors, hospitals and
  pharmacies.
- Access your plan documents.

($) Look for savings tip inside!

### Claims summary
**Year-to-date summary**

You paid: $2,040.00
Plan paid: $224,277.04

**This month's claims**

Plan paid: $223,769.80
You paid: $2,000.00

### Your care checklist*

It looks like you're up to date on your well visits
and preventative care. Good for you!

*Your checklist is as of 04/30/2022 and may
not reflect your most recent claims.



**Medical and Hospital EOB for Grace E Mitchell Gra**

COPYRIGHT'S JCCO 0803 20220515J0808 JCCO

Grace Grant     P103  Exhibit 1 22-CV-
                              00775 PKC
                                        LB

Dear Guardianship court
        I want to set the
record straight on Falsehoods
My daughter is my best friend
My daughter and I share everything
My daughter gives me her money
Elizabeth Grant has full authority
to manage my finances. My daughter
has never abused me or hurt me
ever. Thats the truth. My house
is also safe. I have been hoarded
illegally in the hospital for two months
and going on three weeks this illegal and
elder abuse. The guardianship hearing
was instituted by my daughters
to get me out of the hospital
where I am being illegaly held.
        I am not incapacitated
I am of sound mind, I know what
happened today, yesterday and
in the past
        1. Slandering my daughters is
unlawful I Grace Grant would
like all accusations of my daughter
abusing me to be dropped
        2. I would like to pick my
own private attorney

Exhibit 1 22 CV
P205   0075 PKCLB
Grace Grant

2 I would like to have my constitutional right to be released from the hospital legally granted. I am not incapacitated. The entities lying about me and incapacitation should be sued but I am willing to give up the lawsuit as long as my wish to leave the hospital is granted today February 16, 2021.

Legally everyone is allowed to leave especially if they sign the Against Medical Advice form which I signed for the hospital.

3. I want my bank account to be reinstated and never touched again.

4. I want the temporary guardianships removed. I do not need a guardian at all. The lies of dementia, alzheimers and incapacitations are embellishments to try to get away with medical billing fraud and overbill my medicaid. This is the very old hourly a healthy person in the hospital who is incapacitated to lie about their health is Elder Abuse.

4. I want my bank account reinstated and I can do whatever I want with my own bank account. The only person I authorize to use the card is Elizabeth Grant

Exhibit 22 CV
00775 PKC LB

Grace P3 OF 3

Elizabeth Grant Grant

Elizabeth Grant shares harmony with
Grace Grant and they have a harmonious
relationship.

5. I would like Judge Seagull to
recuse herself if she has put a
temporary guardianship on me and I
would like the temporary guardianship
removed right away and I would like
Judge Seagull to recuse herself if
indeed the bias against my case is a
issue because Judge Seagull has relations
with organizations like Adult Protective
Services, ASPCA and Elmhurst hospital.
so there is a conflict of interest for
Judge Seagul and I Grace Grant the
party treat is capacitated not incapacitate
is being lied about and my life will
be destroyed by living in a nursing home
for the elderly because I am capacitated and
healthy

6. If I am praying for my release and no
guardianship at all, I can fully take
care of myself and need no assistance.
It is my constitutional right to go back to
my house I own and I am on the Deed.
My house and my daughter are safe, Holding
me in the hospital is completely illegal.

Exhibit#LLLU
000775
PKC-LA     12/19/21
P1 of 17

Dear DrKim and Nusin
Munugenet team, Khaln
Shaker D? Holland
Dr Shunger, Dr Jude, Dr Holland
and all Doctars and nurces concered with Grace Grant.
I, Elizabeth I am the daughter of Grace
Grant, Grant and I have been ignored
by the enthre team for over 6 weeks

My mom was illegally dragged to
your hospital 11/26 and she was
perfectly healthy after spending a lot
of the in the house to stuy
away from covid.

Right now after 6 weeks of
being illegally kept in your hospital
against their will with stories
fluven around that should not
legally be keeping her in the
hospital just to milk the Insuras

Also conveniently not one doctor
had the professionalism throgh out
her enthre stay in the hospital

Exhibit FILED PG 2 of
00775 PKCLB 17

I want to clarify certain 12/19/21
Falsehoods your hospital is
using to hold her in the
hospital

Adult protective has no guardianship
over Grace Grant and they know
they would lose so they
Restricted the guardianship in
2017 and never attained
Guardianship so I doubt
they want to go back to
Court to rescind it again
because they know they have
no standing and will Lose

Grace Grant does not
want any part of Adult
Protective they never helped
Just hurt our family with
LIES having pets stolen and
killed. Adult protective are
vicious crooks who ruin and
put the elderly to nursing homes
and steal their Social Security

Exhibit 122 CV 00775 PKC LB 3 of
12/19/21  17

Check and are after Grace Grants
portion of her house.

So if Grace Grant can tell you
she has and has nothing to do with
this organization why does the
hospital keep using information from
Adult protective to hold her illegally
against her will in the hospital

Also there is no court hold
Legally Keeping Grace Grant in the
hospital that is another lie. This
is an illegal hospital hold

I am the proxy and power of
attorney and I have lived with my
mom comfortably and happily
all my life

I would not consider myself
Grace Grants caregiver because she
can take care of herself because
she is not incapacitated at all.

1-22-cv-00775

12/19/21

The District Attorneys office
supposidly collected illegaly to
Slander me, my non child but house
which they had no Legal right
to do.

No one legally belonged in
Grace Grants house she owns,
there is no danger in the house
at all. The hospital allowed me
to go to the house without a
bunch of people listening to
Childish gossip about a house
So Grace Grant can return to the
home she owns and should be
able to go own

Also my relationship with
my mother is superb. We
get along reIdly well

Any false accusations that
the District Attorney has

Exhibit 1-22 CV-00775
PKCLB 12/19/21                    PSOF
17

Tried to put in the doctors
friends to slander me Elizabeth
Grant is just gossip and
whatever happens in court doesn't
even mean truth is seen in court

Many courts have Judges that are
biased many case are Fixed and
innocent people suffer fake charge
and jail. I have just hired a
very expensive lawyer who insures
me justice and no jail time for
false accusations that are outlandish
So in reality legally social workers
and Doctors according to the HIPPA
privacy law are not suppose to
be conversing about a private case
of Grace Grants with a
District Attorneys office or

Exhibit 122-CV-00775
PKC-LB
12/19/21

Adult Protective or even Ed Grant
who is not the Proxy with a 2000
proxy. This is called Railroading
an elderly person abusively to a
nursing home and it's ILLEGAL
and it's Harrassment and it's
very unprofessional to ignore me
as a proxy and a close family
member.

Obviously, if the hospital
continues there will be no other
recourse then a lawsuit to a judge
can be familiar with the
situation and the fact you are
illegally Loading Grace Grantin
your hospital and abusing an
elder forcing her to go to a
nursing home when they could
just get home to the home they
own and take her own machine
herself

Exhibit 1 22cv
00775PKCLD
12/19/21

p1of
17

Grace Grant can indeed
Go to the bathroom herself and feed
herself. She also can clothe our
grocery shopping and laundry
herself.

She is a little hard of hearing so
if she didn't understand your question
its not she didn't understand
your question its just that she
couldn't hear your question

Grace Grant reads the Post
Daily News and Times daily I
bring them to the hospital. She knows
where she is She knows what
happened and has been happening
She is aware of her surroundings I
talk to her 3 times a day.

The Doctors who I heard are a
bunch of interns have no right
to lie and say Grace Grant is
incapacitated is a liar and is
jeopardizing their license.

22 cv 0075 PKCLB
12/19/21          p 8 of 17

All I want is GraceGrant
my loving mom, alive and out
of your hospital away from
germs ASAP in your hospital

Elmhurst Generals, Loarity of
Grace Grant g qover her covered
supposidly even though Grace
herself has been quite healthy but
Just had some dicheria

I would think that Elmhurst
General would want GraceGrant
an at Risk patient due to her age
82 to go home asap so she does
not get a real germ that
could kill her. She could die
in Elmhurst general from the
doctors ridiculous decision
to hoard Grace Grant under false
pretenses. It would be intelligent
to get her out of your hospital
ASAP since she been slike so
she has no covid symptoms and should

Edwin R2CV                    P9 OF 17
0075 PKCLB              12/19/21

Not be sitting rotting in a
Covid ward.

This is cruelty and abuse
to an Elder Loading Grace Grott
in your hospital

I would ask that if
you Differ in your decisions of
release although I have explained
the reality of the situations
and the LIES that the District
Attorney and Adult Protective
are suing having no legal Standing
or Right to to hold Grace Grott
in the hospital.

I am the Proxy and Power of
Attorney, her daughter and a
person who Cares for Grace Grott well
although She can Care for herself

48 Days being improperly by
the Doctors at Amherst
General - A very Unprofessional

#22 CV PKC LB
00775

p1 of 17
12/19/21

hospital

I am asking that you allow Grace Grant to sign "Against Medical Advice Papers" to have her removed from the hospital but you and your hospital are not responsible for Grace Grant decision to release herself which is her Legal right along with her Proxy, Elizabeth Grant

I think when this gets to a lawsuit any Judge will question the fact you are harassing an 82 year old woman to railroad her to a nursing home unnecessarily

Grace Grant owns a home, Grace Grant can take care of herself feeding, toileting, getting groceries

1-22-CV
00775 PKCLB

12/19/21

P11 of 11

Doing Laundry, so where do
you get off boardly her against
her will.

Your hosptul has not been
able to give her day prns or fresher
the bed is changed weekly, She
is given a gown weekly also.

This is very bad care.

The hospitul also is not
a safe environment becauseyou
are exposing Grace Grant to germs
that could kill her Immediately
Time is ticking and Grace Grant
could die any day and Amhurst
Genprul will be responsible for
her death or her illness whatever
germs you give Grace Grant by
forcing her to stay in your hospitul

She told Grace Grant, told
all docters and nurses She is not
going to a nursing home and she is
signing nothing, So stop hurassing

22 CV
0775 PKC LB

12/19/21

p12 of
72

Grace Grant constantly asking her if she wants to go to a nursing home daily this harassment makes Grace Grant cry daily

Enhurst General has provided Pain and Suffering to Grace Grant and has exposed her to flys and roaches in the hospital rooms. Grace Grant is harassed by Doctors who talk fast and wont talk loud and wont provide her the proper hearing apparatus Instead they just condemn Grace Grant to a Incapacitated status which is a LIG. She simply doesnt hear the questions properly at times but Carefully take care of herself

Please Provide Grace Grant a Against medical Advice form for a departure from your hospital to Save her life so she does

122CV 0775
PKCLB

12/19/21

P130f77

not catch germs that will kill her and your hospital will be fully responsible and accountable justfiably.

Grace Grant has been hoarded in your hospital, since November 26/2021 illegally and against her will. Grace Grant came to your hospital well and according to your hospital. - the hoarding of Grace Grant g did to her corvid.

Do you want to wait till Grace Grant gets a life threatening disease in your hospital or dies and you are all personally sued and your Licenses on the line for making the wrong vis cious decision to hoard Grace Grant against her will. Grace Grant came to the hospital healthy and should be

22 CV 00775

PKCLB

12/19/21

returned to me healthy. I look forward to a phone call 917 202 6351. 48 days later not one phone call from one doctor. Now thats complete unprofessionalism.

You can not do what you ever want with a client I y norry the patients rights to be released and the family as proxy, her daughter, Elizabeth Grant, not given one phone call, from one Doctor the entire amount of my mothers stay in the hospital

I look forward to you givin my mother Grace Grant her Release papers or even release papers Against Medical Advice so she can finally

Exhibit A2CV
00775 PKC
US

12/19/21

p15 of 17

be released to safely away from the germs at Elmhurst hospital which have already given her covid and if she lingers long enough in the hospital (Elmhurst General) that the longer Grace Grant stays the more she is susceptible to germs that could kill her.

I hope all Doctor who have I-involve-ment actually read this and will help save my mothers life and get her out of your hospital asap.

Grace Grant is not incapacitated and holds conversations with me Elizabeth Grant and her brother Robert Mitchell everyday coherently, I know what is going on and completely in all my sense. Keeping her in the hospital against her will is complete harass me and Disrespect of a elder

Exhibit 1-2 CN
00775 PKC
12/19/21
p 168 #17

The abuse my mother is incurry at Elmhurst General should be punishable by law because it is purposely done daily making sure she is treated daily with no doctor trying to talk to her with a hearing apparatus so she can completely understand them.

Even the courts know if you can't supply the correct hearing apparatus Patiently working with Grace Grant hearing aids order and take the reality into mind that Grace Grant is not incapacitated she is just hard of hearing and doesn't hear the question the first time around and sometimes you have to ask it a second or third time in a robotic higher level for Grace Grant to hear you properly.

1:22-CV-00775 Sneary Exhibit
Elizabeth 12/19/21 P77 of 17
PKCLB

Taking all this into consideration
I look forward to Grace Grant
not being held against their will
and be able to be released normally
or an an Against medical procedure
release to insure the hospital
has no responsibly for Grace Grant
upon Grace Grant release which
frees the hospital of any liability
which they were not going to have
If she was automatically released
healthy weeks and months ago like
any other client of your hospital
has been. Grace Grant is in treatment
in your hospital being and older caucasian
woman and her age, sex or culture
should not be prejudicely be
holding Grace Grant illegally in
the hospital against her will. Only
to give Grace Grant a deadly disease
in your unsafe environment at
Elmhurst hospital.                    Sneary
Please help release Grace Grant

P.O. Box 105148
Atlanta, GA 30348

*Empire*
BLUECROSS BLUESHIELD
An Anthem Company

**Don't worry, this is not a bill.**

## Medical and Hospital
Explanation of Benefits (EOB)
from 04/01/2022 through 04/30/2022

### Hi, Grace!
Here's your Medicare Advantage
Monthly Report.

GRACE E MITCHELL GRA
2544 82ND ST
EAST ELMHURST NY 11370

43

For: **Grace E Mitchell Gra**
Member ID: **88953857**
Plan: Empire MediBlue Plus (HMO)

### Helpful resources

**Call us!**
We're here to help you.
Just give us a call at **1-800-499-9554**, TTY:
**711**, 8 a.m. to 8 p.m., seven days a week
(except Thanksgiving and Christmas) from
October 1 through March 31, and Monday to
Friday (except holidays) from April 1 through
September 30.



**Or go online**
Visit **www.empireblue.com** for even more
information:
- See new claims and claims history.
- Search for doctors, hospitals and
  pharmacies.
- Access your plan documents.

 Look for savings tip inside!

### Claims summary

**Year-to-date summary**

| | |
|---|---|
| You paid: | $2,040.00 |
| Plan paid: | $224,277.04 |

**This month's claims**

| | |
|---|---|
| Plan paid: | $223,769.80 |
| You paid: | $2,000.00 |

### Your care checklist*

It looks like you're up to date on your well visits
and preventative care. Good for you!

*Your checklist is as of 04/30/2022 and may
not reflect your most recent claims.

*[handwritten notes]*

Medical and Hospital EOB for Grace E Mitchell Gra

## Documents needed in this Notebook (check list).

- Sworn/signed affidavits w/the problem (probable cause) for a search warrant.
- Search warrant signed by a judge or magistrate w/date and time the warrant can be used.  Yes, warrant expire.
- Warrant MUST be specific as to what the law enforcement is looking for.
- Search warrant can only be served by law enforcement.  Animal control, ASPCA, HSUS, PETS, et al are NOT and have no police powers.
- A warrant cannot be general, it must be specific............no witch hunts allowed.
- Pictures of raid and ram sacking of home/property.
- List of property taken and why it was taken.
- Time line of events that can be used as a transcript in a hearing/trial.

A; very important starting point is the proper protocol for a raid or entry onto private property.  This is the protocol I believe must be used in a raid and during a raid.  Others may think of things I have forgotten or simply don't know as a non-attorney.  These raids have everything to do w/Fourth Amendments rights violations.  An American is considered innocent until proven guilty by their peers referred to as due process. This includes appeals.  A prosecutor seeks the truth NOT a prosecution.  A judge is to remain neutral.  Justice is blind.

- That: rule of law" and our Constitution rule above all other laws that have been written and passed over the years.
- That a sworn signed affidavit is the trigger for a search warrant and should be created by a private disinterested citizen NOT a public figure such as animal control or deputy w/vested interests w/fees, fines and bonds.
- A sworn affidavit is given to a deputy/animal control who goes before a judge or magistrate requesting a search warrant.
- The judge/magistrate makes the decision whether there is "probable cause" for a search warrant.

1

- The search warrant must be very specific as to what the warrant is looking for. There can be NO WITCH HUNTS. There can be no anonymous tips. Constitutionally, one has a right to face their accusers. Again, lots of laws have been passed that are unconstitutional and need to be challenged in a court of law. A good attorney will do this and so will a wise person.

- When the raid takes place, it begins by handing the property owner a copy of the affidavit and search warrant. They need to be given time to read everything making sure dates are correct and the warrant is not stale by time or lack of correctness. Don't allow entry until property owner is satisfied the paperwork is correct and legal.

- The property owner has a right to remain silent; "Meranda Rights." Unless proper paperwork is in hand one can refuse entry by law enforcement. Check local laws to make sure they follow constitutional protections.

- One is constitutionally presumed innocent until proven guilty by their peers (due process) including appeals. Unless it is illegal drugs, property cannot be removed, rather, "shelter in place" of live property is the only legal, constitutional protocol that can take place until due process and findings are made in a court of law. Again, by our Constitution, one is innocent until proven guilty by their peers and this would include appeals.

- In nearly 100% of animal property raids, animals are removed and fees, fines and bonds are immediately demanded. The fees, fines and bonds are excessive and unconstitutional. No jury trial has taken place thus the responsibility of the welfare of the living property lays in the hands of the "robbers" who have taken property under color of law.

- Another observation is, bartering begins w/the takers saying "if you sign off the animal property the fees, fines and bonds will go away along w/the charges. This is blackmail. It is also a violation of our rights.

- Another problem has come up when a sick horse was put down because the state vet stated she would not survive traveling. When asked if the horse would survive if treated in place, the state vet answered "yes." The horse was illegally pts before due process and the loss of the property was financially and emotionally avoidable.

- Another raid on a mom-and-pop farm happened while the owners were in ICU at USC Medical center getting two new lungs; a lung transplant patient.

The protocol takes months to years to take place. When a match comes the donor and recipient need to be at the hospital immediately. While Neal was in recovery animal control was at his farm removing all the livestock. Some animals were best in Show livestock that took years of breeding correct standards. In this robbery, when the farmers went to court the judge dismissed their case twice. When I came on board I asked, "did the judge order the animals returned?" "No," was the reply. The animals, all of them had been removed and auctioned off at a sale or killed before due process. In the meantime, the local authorities tried to demand thousands of dollars in fees, fines and bonds on stolen animals and the judge eventually allowed these issues to take place in the attempt to cover an outright crime of taking. When the property owners fought back the harassment began and continued until the stress caused septic shock and the transplant patient died. All never should have happened. Sadly, I predicted this end and it never should have happened. Neal, Jeanne and I fought for justice for seventeen months before the corrupt local government and court system took Neal's life from stress.

- Other things happen during a raid; if there are children and/or elders DHS (Department of Human Services) is called and the children and elders are immediately removed. Kids into foster care $$$ and elders go into rest homes $$$ where guardianships are solicited in court. Some foster homes are fronts for child sex trafficking and elders are taken into guardianships and their SS, property and savings are taken and never recovered even if the elder's family eventually rescues their family member. It is a form of human trafficking that the general population does not seem to see.

- Raids are a money maker on several levels and attorneys, district attorneys and judges make each raid a successful operation. Law enforcement and animal control are involved. The universities are involved being paid to run research studies on animal abusers and animal hoarding to make accusations stick. Volunteers are trained in how to go in and take animals and kick over food dishes and water bucket; then take staged pictures. Pictures are photo shopped or pictures of animals that weren't even in the raid are used and given to media for public outrage. Trial by media happens all the time.

3

# Fraud on the Court Law and Legal Definition

Fraud on the court occurs when the judicial machinery itself has been tainted, such as when an attorney, who is an officer of the court, is involved in the perpetration of a fraud or makes material misrepresentations to the court. Fraud upon the court makes void the orders and judgments of that court.

In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

### "Fraud On The Court By An Officer Of The Court"
### And "Disqualification Of Judges, State and Federal"

Bigger text (+) | Smaller text (-)
http://www.freedom-school.com/law/fraud-on-the-court-by-an-officer-of-the-court.html

Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828) Elliot v. Piersol

"Second, a judge is not immune for actions, though judicial in nature, taken in the complete absence of all jurisdiction.[29] Mireles v. Waco 502 US 9, 116 L Ed 2d 9, 14, 112 S Ct 286 (US 1991)

**"Fraud On The Court By An Officer Of The Court"**
**And "Disqualification Of Judges, State and Federal"**

1. Who is an "officer of the court"?

2. What is "fraud on the court"?

3. What effect does an act of "fraud upon the court" have upon the court proceeding?

4. What causes the "Disqualification of Judges"?

**1. Who is an "officer of the court"?**

A judge is an officer of the court, as well as are all attorneys. A state judge is a state judicial officer, paid by the State to act impartially and lawfully. A federal judge is a federal judicial officer, paid by the federal government to act impartially and lawfully. State and federal attorneys fall into the same general category and must meet the same requirements. A judge is not the court. People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980).

**2. What is "fraud on the court"?**

Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

"Fraud upon the court" has been defined by the 7th Circuit Court of Appeals to "embrace that species of fraud which does, or attempts to, defile the court itself, or is a fraud perpetrated by officers of the court so that the judicial machinery can not perform in the usual manner its impartial task of adjudging cases that are presented for adjudication. " Kenner v. C.I.R., 387 F.3d 689 (1968); 7 Moore's

The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960), citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954). A judge receiving a bribe from an interested party over which he is presiding, does not give the appearance of justice.

"Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself sua sponte under the stated circumstances. " Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).

Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. The Seventh Circuit Court of Appeals further stated that "We think that this language [455(a)] imposes a duty on the judge to act sua sponte, even if no motion or affidavit is filed." Balistrieri, at 1202.

Judges do not have discretion not to disqualify themselves. By law, they are bound to follow the law. Should a judge not disqualify himself as required by law, then the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge. Should another judge not accept the disqualification of the judge, then the second judge has evidenced an "appearance of partiality" and has possibly disqualified himself/herself. None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect.

Should a judge not disqualify himself, then the judge is in violation of the Due Process Clause of the U.S. Constitution. United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").

Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his / her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce". The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. It has been said that this judge, acting in this manner, has no more lawful authority than someone's next-door neighbor (provided that he is not a judge). However some judges may not follow the law.

If you were a non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, it would seem that he/she has disqualified him/herself.

However, since not all judges keep up to date in the law, and since not all judges follow the law, it is possible that a judge may not know the ruling of the U.S. Supreme Court and the other courts on this subject. Notice that it states "disqualification is required" and that a judge "must be disqualified" under certain circumstances.

The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in treason to the Constitution. If a

fraud on the court occurs where 'it can be demonstrated, *clearly and convincingly*, that a party . . . .'" [emphasis added]). *See also Owens-Corning Fiberglas Corp. v. Ballard*, 749 So. 2d 483 (Fla. 1999) ("Although it is not defined in the statute, this Court defines the standard 'clear and convincing evidence' as 'an intermediate level of proof [that] entails both a qualitative and quantitative standard. The evidence must be credible; the memories of the witnesses must be clear and without confusion; and the sum total of the evidence must be of sufficient weight to convince the trier of fact without hesitancy.' *In re Adoption of Baby E.A.W.*, 658 So. 2d 961, 967 (Fla. 1995)").

[16] *Swofford*, 805 So. 2d at 884.

[17] *Id.*

[18] *Id.*

[19] *Id.*

[20] *See* cases cited in endnote 7.

[21] *Metropolitan Dade County v. Martinsen*, 736 So. 2d 794, (Fla. 3d D.C.A. 1999) (Judgment in favor of plaintiff reversed and remanded for entry of judgment dismissing complaint with prejudice for fraud on the court. Trial court abused its discretion in not granting motion for dismissal with prejudice.)

[22] *Rosenthal v. Rodriguez*, 750 So. 2d 703 (Fla. 3d D.C.A. 2000) ("Based upon the repeated and pervasive false statements made by the appellant/plaintiff, Evelina Rosenthal, on matters central to her personal injuries action against the appellee, Eugenio Rodriguez, throughout the course of discovery and trial, we cannot conclude that the trial court abused its discretion when it exercised its inherent authority to strike her pleadings and dismiss her cause with prejudice.").

[23] *George v. Mann*, 622 So. 2d 151 ( Fla. 3d D.C.A. 1993); *Kendall Skating Centers, Inc. v. Martin*, 448 So. 2d 1137 (Fla. 3d D.C.A. 1984) (reversal required where plaintiff's closing argument characterized defendants as despicable and asserted that both they and their lawyers were liars); *but see Murphy v. International Robotic Systems, Inc.*, 766 So. 2d 1010 (Fla. 2000) ("First, it is not improper for counsel to state during closing argument that a witness 'lied' or is a 'liar,' provided such characterizations are supported by the record. *See Craig v. State*, 510 So. 2d 857, 865 (Fla. 1987) (finding that even though intemperate, prosecutor's closing argument remarks characterizing defendant's testimony as untruthful and the defendant himself as being a 'liar' did not exceed the bounds of proper argument in view of the record evidence); *Forman*, 671 So. 2d at 874 (refusing to find improper counsel's closing argument characterization of plaintiff as being a "liar" where "there was an ample evidentiary basis on which to dispute the credibility of the plaintiff'); *see also Goutis v. Express Transport, Inc.*, 699 So. 2d 757, 763–64 (Fla. 4th D.C.A. 1997) (agreeing with *Forman*). If the evidence supports such a characterization, counsel is not impermissibly stating a personal opinion about the credibility of a witness, but is instead submitting to the jury a conclusion that reasonably may be drawn from the evidence." The court expressly disapproved *King v. National Security Fire & Casualty Co.*, 656 So. 2d 1335, 1337 (Fla. 4th D.C.A. 1995), to the extent that it stands for the proposition that counsel may not use the terms "liar" or "lied" regarding a witness when there is record support to question the witness's credibility.)

## Fraud on the Court Law & Legal Definition

Fraud on the court occurs when the judicial machinery itself has been tainted, such as when an attorney, who is an officer of the court, is involved in the perpetration of a fraud or makes material misrepresentations to the court. Fraud upon the court makes void the orders and judgments of that court.

In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial

## *What Is Fraud on the Court?*

Fraud on the Court, or Fraud upon the Court, is where a material misrepresentation has been made to the court, or by the court itself. The main requirement is that the impartiality of the court has been so disrupted that it can't perform its tasks without bias or prejudice.

Some examples of fraud on the court include:

- Fraud in the service of court summons (such as withholding a court summons from a party)
- Corruption or influence of a court member or official
- Judicial fraud
- Intentionally failing to inform the parties of necessary appointments or requirements, in efforts to obstruct the judicial process
- "Unconscionable" schemes to deceive or make misrepresentations through the court system

It's important to note that fraud on the court only involves court officials or officers of the court, such as judges or court-appointed attorneys. The fraud must be directed at the "judicial machinery" itself. Fraud on the court generally does NOT mean:

- Fraud between the two opposing parties
- Submission of fraudulent documents
- Perjury or false statements by witnesses

1

THE ASSEMBLY

STATE OF NEW YORK

ALBANY

**JESSICA GONZÁLEZ-ROJAS**
Assemblymember 34th District
Queens County

COMMITTEES
Children and Families
Cities
Corporations, Authorities, and
Commissions
Environmental Conservation
Social Services

TASK FORCES
Asian Pacific American
Black, Puerto Rican, Hispanic &
Asian Legislative Caucus
Legislative Women's Caucus
New Americans
Puerto Rican/Hispanic

February 22, 2022

Honorable Judge Marguerite A. Grays
Queens County Supreme Court
88-11 Sutphin Boulevard
Jamaica, NY 11435

**RE:   Grace Grant**
**DOB: July 1, 1939**
**Room 3A**

Dear Honorable Judge Marguerite A. Grays,

Elizabeth Grant is a constituent of the 34th Assembly District. She came to our offices in need of support for her mother, Grace Grant, who is currently a patient at NYC Health + Hospitals/Elmhurst. She informed us that the hospital is in the process of determining whether Grace should be placed in a nursing home.

According to Elizabeth, her mother doesn't belong in a nursing home and requests that she be released to stay in her own home. She, the daughter, wishes to provide the care the mother may need. Elizabeth shared that her mother is not suffering from a debilitating illness. Grace is elderly and requires a hearing aid, but her daughter is confident that with the provision of a hearing aid, she will be able to care for her mother in the comfort of her home.

I recognize that medical care is complex and there are HIPAA laws that prohibit you from disclosing sensitive, private information regarding this case. **We request that you speak directly with both the patient in your care and her daughter, Elizabeth, at (917) 202-6351 to determine the best course of action given her request.** Thank you so much for your attention to this matter.

Sincerely,

Jessica González-Rojas
Assemblymember, 34th AD

Mail body: Fwd:

---------- Forwarded message ---------
From: **Elizabeth Grant** <grante662@gmail.com>
Date: Fri, Feb 4, 2022 at 8:14 PM
Subject:
To: Elizabeth Grant <grante662@gmail.com>

*(handwritten: Exhibit prov 00775 PKLB)*

Grace Grant
25-44 82nd St.
East Elmhurst NY
11370

February 7,2022

Elmhurst Hospital.                              79-01 Broadway
Elmhurst,NY 11373                    Dear Doctors,Nurses and Medical Team of A3 ,          It is a legal fact that I
legally am allowed to leave the hospital at any time. According to my civil and constitutional I rights I am not to be held illegally against my will which
is exactly what Elmhurst Hospital is doing. Elder Abuse is a felony Your hospital has no right ignoring my release and never speaking to my real
proxy ,my daughter ,Elizabeth Grant concerning my release . This bad communication with a patient whose insurance your using to illegally hoard
me ,who is healthy in the hospital. This is human trafficking  and kidnapping and your forcing me to stay here is illegal .I am asking to be released -
Against Medical Advice - which gets rid of Elmhurst General being responsible for me at all. When I leave .The AMA paperwork also relieves the
hospital of the current lawsuits in the court I have for them for illegally hoarding me for 2 months and two weeks when I was healthy just to run my
insurance unnecessarily gaining hundreds of thousands of dollars when I just could have went home and ate own food and took my own medicine
 whatever and whenever I like which is my constitutional  .and civil right I am a citizen and I worked my whole life was a tax payerI have full
capacity to take care of myself and I am sound of mind There is nothing holding me in the hospital  so keeping me against my will is completely
illegal . I would like to leave today . The doctors should legally comply with my wishes as they would  anyone else's just because I am elderly does
not mean that you incarcerate me in a hospital when I am healthy to misuse my insurance and hoard me against my will .My daughter is my power
of attorney and real proxy and can help me with whatever I need although I am self sufficient :I own25-44 82nd StreetEast Elmhurst NY 11370
and should legally  be allowed to go home to my own house . My daughter can bring me any extra clothes I need and my clothes and pocketbook
in property I would like returned .I would like to leave today.This hospital has no right to take charge of my life and I want no part of this hospital
and an illegal attempt to railroad me to a nursing home ever again This has been cruel environment to be subjected to .Forced to stay in bed and
only walk  to the bathroom and back every day for two months and two weeks.The doctors and social workers would never talk to my daughter
,my real proxy and power of attorney ,Elizabeth Grant .The hospital has put me in rooms with prisoners and treated me like a prisoner wearing an
ankle bracelet and  not being able to go any where else but the bathroom and back .I have been placed in Covid rooms to get Covid purposely
when I came to the hospital by force,healthy .People have died in the rooms I have been in . If I stay in this hospital anymore I might catch the
wrong germ and die to . I am 82 years old and this is completely elder abuse which is punishable by law. Legally there is no way to hold me in the
hospital . My daughter ,Elizabeth Grant ,my proxy and power of attorney ,is readily available to help me go home. My home is safe the pictures
seem are ones after ASPCA kill shelter destroyed the house and turned over and broke everything during there illegal raid.Since then my Elizabeth
Grant has hired workers to help fix the place and thrown out a lot  and cleaned a lot ASPCA kill shelter is  illegally slandering the  house and
Elizabeth Grant and this is grounds for a lawsuit against them  ASPCA amongst the recent, illegal stealing and killing of Grace Grants property ,her
pets  . Elizabeth Grant and Grace Grant have a great relationship and get along well so we would ask that today this letter serves as  a release for
Grace Grant from Elmhurst hospital. .Elizabeth Grant has fixed the house and might be selling the house anyway so hoarding Grace Grant is
unnecessary cruelty and she should  and can be released-  Against Medical Advice- immediately asap today . I look forward to Grace Grants
release and her chance to live because if she stays in any hospital long enough then she will die of the multitude of germs in the hospital I am glad
that professionally you will be releasing Grace Grant today .and finally ,legally doing the right thing.Grace Grant has put up with enough including not
being able to bathe only after two months .The in professionalism and unsanitary. Conditions at tge hospital include feeding Grace baby food,and
not changing her gowns or bed clothes but once a week.Thank you for letting Grace Grant be released and have her life back like she did before
she dragged unnecessarily to your hospital, healthy . Sincerely yours,                                              Elizabeth Grant -Proxy and Power
of Attorney and     Grace Grant Elderly Patient authorizing herself to be released -Against Medical Advice today -                         February
7,2022,immediately ,freeing you of any legal issue with Grace Grant i!

*(handwritten signatures)*  Grace Grant   2-7-22
                           Elizabeth Grant   2-7-22

Exhibit 1-22
00775 cv PKC

Provide a detailed description of the complaint below:

I am being illegally held against my will at Elmhurst Hospital. I was dragged in by Adult Protective and handcuffed. They broke in while I was sleeping doing nothing. They did not allow me to have my food. ASPCA illegally stole him, and illegally stole my pets. I have been illegally hoarded illegally at Elmhurst hospital for 2 months and 11 days bed the hospital harasses me daily to tell me I am going to a nursing home. I have not authorized that Elmhurst hospital could use my insurance ever especially to illegally force me to stay in a hospital when I am healthy to make me sick. I have asked medicaid stop paying the hospital because they are using my insurance like a stolen credit card. The hospital needs to stop using my insurance without my authorization. I am suing the hospital right now. I would ask that Department of Health consult with Elmhurst hospital and explain to them that since I am not sick, they can't keep using my insurance illegally to hoard me in the hospital. Let me go into the deplorable unsanitary conditions in the hospital and the elder abuse I have incurred. First of all forcing me to stay in the hospital and forcing me to go to a nursing home, is what this vicious hospital illegally wants and this must (I would like you to know my illegal treatment after they hoarding me for 2 months and 11 days when I am healthy)

I have been in rooms with prisoners, in rooms with covid patients to be given covid patients I have died in person. I have been I will moved 7 times. I have also been placed in rooms with crazy people who talk nonsense to themselves. I get my sheets and own towel. I am not allowed to more any germs then going back and forth to the toilet. This is Elder abuse I am given baby food to eat. There are roaches in the rooms. I am suing for release. I do not want to go to a nursing home. Only daughter is my power of attorney and proxy and I want to go home. I do not want the hospital as any guardian. They are criminals at Elmhurst General stealing my insurance and they are doing medicaid Billing fraud this should be punished by the law. Please make sure I am discharged from Elmhurst hospital to home asap because you are being sued!

## AGAINST MEDICAL ADVICE (AMA FORM)

This is to certify that I, _Grace Grant_ ,
a patient at _Elmhurst Hospital_ (fill in name
of your hospital), am refusing at my own insistence and without the authority
of and against the advice of my attending physician(s)
_Joy Kim, Doctors and Nurses_ , request to leave against
medical advice.

The medical risks/benefits have been explained to me by a member of the
medical staff and I understand those risks.

I hereby release the medical center, its administration, personnel, and my
attending and/or resident physician(s) from any responsibility for all
consequences, which may result by my leaving under these circumstances.

MEDICAL RISKS

___✓_ Death                          ___✓_ Additional pain and/or suffering

___✓_ Risks to unborn fetus          ___✓_ Permanent disability/disfigurement

___ Other: _I take full responsibility for leaving_
_and any risks_ _____

MEDICAL BENEFITS

_____ History/physical examination, further additional testing and treatment
       as indicated.
_____ Radiological imaging such as:
_____ CAT scan _____ X-rays _____ ultrasound (sonogram)

_____ Laboratory testing _____ Potentional admission and/or follow-up
_____ Medications as indicated for infection, pain, blood pressure, etc.
_____ Other: _____

Please return at any time for further testing or treatment

Patient Signature _Grace Grant_ Date _2-7-22_

Physician Signature _____ Date _____

Witness _____ Date _____

_Proxy witness and power of attorney_

_Elizabeth Grant_ ___ _2-7-22_
_Signature_ _Date_

Case 1:22-cv-00775-PKC-LB   Document 12   Filed 06/07/22   Page 62 of 68 PageID #: 342

Exhibit 1-22CV:00775
PKC
LB

## Health Care Proxy

**(1) I,** _Grace Grant_

hereby appoint _Elizabeth Grant_

_(name, home address and telephone number)_ 85-44 88 St Elm Hurst NY 11370

718-813-1910

_as my health care agent to make any and all health care decisions for me, except to the extent that I state otherwise. This proxy shall take effect only when and if I become unable to make my own health care decisions._

**(2) Optional: Alternate Agent**
If the person I appoint is unable, unwilling or unavailable to act as my health care agent, I hereby

appoint _Bob Mitchell — Phone 773-931-7180_

_(name, home address and telephone number)_ 3037 Winfield Dr,

Houston, TX 77080

_as my health care agent to make any and all health care decisions for me, except to the extent that I state otherwise._

**(3)** Unless I revoke it or state an expiration date or circumstances under which it will expire, this proxy shall remain in effect indefinitely. _(Optional: If you want this proxy to expire, state the date or conditions here.)_ This proxy shall expire _(specify date or conditions):_ _____

_____

**(4) Optional:** I direct my health care agent to make health care decisions according to my wishes and limitations, as he or she knows or as stated below. _(If you want to limit your agent's authority to make health care decisions for you or to give specific instructions, you may state your wishes or limitations here.)_ I direct my health care agent to make health care decisions in accordance with the following limitations and/or instructions _(attach additional pages as necessary):_ _____

_____

_____

In order for your agent to make health care decisions for you about artificial nutrition and hydration _(nourishment and water provided by feeding tube and intravenous line)_, your agent must reasonably know your wishes. You can either tell your agent what your wishes are or include them in this section. See instructions for sample language that you could use if you choose to include your wishes on this form, including your wishes about artificial nutrition and hydration.

FILED: QUEENS COUNTY CLERK 02/01/2022 09:57 AM      INDEX NO. 711171/2022
NYSCEF DOC. NO. 17          Dr. Boyadjian          RECEIVED NYSCEF: 02/01/2022

Exhibit A22CV00775 PKCLB

**(5) Your Identification** *(please print)*

Your Name  GRACE GRANT

Your Signature  Grace Grant          Date

Your Address  25-44 83 ST ELMHURST NY 11370

**(6) Optional: Organ and/or Tissue Donation**

I hereby make an anatomical gift, to be effective upon my death, of:
(check any that apply)

☐ Any needed organs and/or tissues

☐ The following organs and/or tissues _____

_____

☐ Limitations _____

If you do not state your wishes or instructions about organ and/or tissue donation on this form, it will not be taken to mean that you do not wish to make a donation or prevent a person, who is otherwise authorized by law, to consent to a donation on your behalf.

Your Signature  Grace Grant          Date  8/4/16

**(7) Statement by Witnesses** *(Witnesses must be 18 years of age or older and cannot be the health care agent or alternate.)*

I declare that the person who signed this document is personally known to me and appears to be of sound mind and acting of his or her own free will. He or she signed (or asked another to sign for him or her) this document in my presence.

Date  8/4/16          Date  8/4/16

Name of Witness 1          Name of Witness 2
*(print)*  Beverly Tadlock      *(print)*  Kathlee Glover

Signature  Beverly Tadlock   Signature  Kathleen Glover

Address  242 E. 75-46 St #13  Address  428 old Country Rd

New York, NY 10021          Mineola, NY 11501



NEW YORK
State Department of
HEALTH

# DURABLE GENERAL POWER OF ATTORNEY
## NEW YORK STATUTORY SHORT FORM

*THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE
SHOULD YOU BECOME DISABLED OR INCOMPETENT*

Caution: This is an important document. It gives the person whom you designate (your "Agent") broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you. These powers will continue to exist even after you become disabled or incompetent. These powers are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A through 5-1503, which expressly permit the use of any other or different form of power of attorney.

This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy to do this.

If there is anything about this form that you do not understand, you should ask a lawyer to explain it to you.

THIS is intended to constitute a DURABLE GENERAL POWER OF ATTORNEY pursuant to Article 5, Title 15 of the New York General Obligations Law:

I, Grace Grant, residing at 33-53 82nd Street, Jackson Heighst, NY 11372

*(insert your name and address)*    do hereby appoint:

*(If 1 person is to be appointed agent, insert the name and address of your agent above)*

Edmond Grant, residing at 521 East 82nd Street, New York, New York
Elizabeth Grant, residing at 33-53 82nd Street, Jackson Heights, New York 11372

*(If 2 or more persons are to be appointed agents by you insert their names and addresses above)*

my attorney(s)-in-fact TO ACT
*(If more than one agent is designated, CHOOSE ONE of the following two choices by putting your initials in ONE of the blank spaces to the left of your choice:)*

[    ] Each agent may SEPARATELY act.
[    ] All agents must act TOGETHER.
*(If neither blank space is initialed, the agents will be required to act TOGETHER)*

IN MY NAME, PLACE AND STEAD in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent:

(DIRECTIONS: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you WANT to give your agent authority. If the blank space to the left of any particular lettered subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in subdivision "(Q)", and you may then put your initials in the blank space to the left of subdivision "(Q)" in order to grant each of the powers so indicated.)

[ GG ] (A) real estate transactions;

[ GG ] (B) chattel and goods transactions;

[ GG ] (C) bond, share and commodity transactions;

[ GG ] (D) banking transactions;

[ GG ] (E) business operating transactions;

[ GG ] (F) insurance transactions;

[ GG ] (G) estate transactions;

[ GG ] (H) claims and litigation;

[ GG ] (I) personal relationships and affairs;

[ GG ] (J) benefits from military service;

[ GG ] (K) records, reports and statements;

[ GG ] (L) retirement benefit transactions;

[ GG ] (M) making gifts to my spouse, children and more remote descendants, and parents, not to exceed in the aggregate $10,000 to each of such persons in any year;

[ GG ] (N) tax matters;

[ GG ] (O) all other matters;

[ GG ] (P) full and unqualified authority to my attorney(s)-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select;

[    ] (Q) each of the above matters identified by the following letters: ...................

...........................................................

*(Special provisions and limitations may be included in the statutory short form durable power of attorney only if they conform to the requirements of section 5-1503 of the New York General Obligations Law.)*

# DURABLE GENERAL POWER OF ATTORNEY
## NEW YORK STATUTORY SHORT FORM

*THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE*
*SHOULD YOU BECOME DISABLED OR INCOMPETENT*

Caution: This is an important document. It gives the person whom you designate (your "Agent") broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you. These powers will continue to exist even after you become disabled or incompetent. These powers are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A through 5-1503, which expressly permit the use of any other or different form of power of attorney.

This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy to do this.

If there is anything about this form that you do not understand, you should ask a lawyer to explain it to you.

THIS is intended to constitute a DURABLE GENERAL POWER OF ATTORNEY pursuant to Article 5, Title 15 of the New York General Obligations Law:

I, Grace Grant, residing at 33-53 82nd Street, Jackson Heighst, NY 11372

*(insert your name and address)* do hereby appoint:

*(If 1 person is to be appointed agent, insert the name and address of your agent above)*
Edmond Grant, residing at 521 East 82nd Street, New York, New York
Elizabeth Grant, residing at 33-53 82nd Street, Jackson Heights, New York 11372

*(If 2 or more persons are to be appointed agents by you insert their names and addresses above)*

my attorney(s)-in-fact TO ACT
*(If more than one agent is designated, CHOOSE ONE of the following two choices by putting your initials in ONE of the blank spaces to the left of your choice:)*

[      ] Each agent may SEPARATELY act.
[      ] All agents must act TOGETHER.
*(If neither blank space is initialed, the agents will be required to act TOGETHER)*

IN MY NAME, PLACE AND STEAD in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent:

(DIRECTIONS: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you WANT to give your agent authority. If the blank space to the left of any particular lettered subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in subdivision "(Q)", and you may then put your initials in the blank space to the left of subdivision "(Q)" in order to grant each of the powers so indicated.)

[ GG ]  (A) real estate transactions;

[ GG ]  (B) chattel and goods transactions;

[ GG ]  (C) bond, share and commodity transactions;

[ GG ]  (D) banking transactions;

[ GG ]  (E) business operating transactions;

[ GG ]  (F) insurance transactions;

[ GG ]  (G) estate transactions;

[ GG ]  (H) claims and litigation;

[ GG ]  (I) personal relationships and affairs;

[ GG ]  (J) benefits from military service;

[ GG ]  (K) records, reports and statements;

[ GG ]  (L) retirement benefit transactions;

[ GG ]  (M) making gifts to my spouse, children and more remote descendants, and parents, not to exceed in the aggregate $10,000 to each of such persons in any year;

[ GG ]  (N) tax matters;

[ GG ]  (O) all other matters;

[ GG ]  (P) full and unqualified authority to my attorney(s)-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select;

[      ]  (Q) each of the above matters identified by the following letters: ....................

............................................................

*(Special provisions and limitations may be included in the statutory short form durable power of attorney only if they conform to the requirements of section 5-1503 of the New York General Obligations Law.)*

Elizabeth Grant
25-44 82nd St
East Elmhurst NY 11370

Eastern District
225 Cadman Plaza East

Brooklyn NY 11201
PROSE INtake unit



Elizabeth McGrant
25-44 81 St
East Elmhurst NY 11370

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7021 0950 0001 9956 7245

U.S. POSTAGE PAID
PM 1-DAY
FLUSHING, NY
11355
JUN 03 22
AMOUNT
**$15.50**
R2305K140643-23

USPS

Eastern District
225 Cadman Plaza East
Brooklyn NY 11201

PRO SE INTAKE
UNIT

1-22-CV
CASE 00775 PKC

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN - 6 2022 ★

BROOKLYN OFFICE